[Nos. 61006-6-I; 61507-6-I.   Division One.   December 29, 2008.]

BERG HOLDINGS ET AL., *Appellants*, v. PINNACLE REALTY MANAGEMENT COMPANY, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 06-2-33759-0, Christopher A. Washington, J., entered November 16, 2007. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Schindler, C.J., and Grosse, J.

[No. 61058-9-I.   Division One.   December 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN GONZALES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00213-3, James H. Allendoerfer, J., entered December 14, 2007. *Remanded* by unpublished per curiam opinion.

[No. 61061-9-I.   Division One.   December 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MICHAEL ROE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04060-5, Jeffrey M. Ramsdell, J., entered November 30, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 61124-1-I.   Division One.   December 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ERNEST HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-01750-0, Kenneth L. Cowsert, J., entered December 11, 2007. *Remanded* by unpublished per curiam opinion.